# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 19-2111

———————————————

Goaner R. Weang

*Petitioner - Appellant*

v.

Secretary of Department of Homeland Security; William P. Barr, Attorney General of the United States; Peter B. Berg; Sheriff Kurt Freitag, Freeborn County Sheriff

*Respondents - Appellees*

——————

Appeal from United States District Court
for the District of Minnesota

——————

Submitted: February 3, 2020
Filed: February 6, 2020
[Unpublished]

——————

Before LOKEN, ERICKSON, and GRASZ, Circuit Judges.

——————

PER CURIAM.

Goaner R. Weang, a citizen of South Sudan, appeals the district court's[1] order dismissing, without prejudice, his 28 U.S.C. § 2241 petition. Upon careful de novo review, we affirm for the reasons stated by the district court. See Zadvydas v. Davis, 533 U.S. 678, 699, 701 (2001); Ufele v. Holder, 473 Fed. Appx. 144, 146 (3d Cir. 2012); see also Abdullah v. Hedrick, 392 F.3d 957, 959 (8th Cir. 2004) (standard of review). Accordingly, appellees' motion to supplement the record is granted, and the judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Nancy E. Brasel, United States District Judge for the District of Minnesota.